IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01544-ZLW

JOSHUA WINGFIELD,

                    Plaintiff,

v.

PATRICK J. SULLIVAN DETENTION FACILITY,
ARAPAHOE COUNTY DEPARTMENT FACILITY,
C/O BUREAU CHIEF SPENCE,
ARAPAHOE COUNTY SHERIFFS OFFICE, and
C/O SHERIFF GRAYSON,

                    Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintiff submitted  a Notice of Appeal on October 4, 2007 and a Prisoner's Motion And

Affidavit For Leave To Proceed On Appeal Pursuant To 28 U.S.C. § 1915 and Fed. R. App. P. 24

on October 25, 2007.  The court has determined that the document is deficient as described in this

order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
            __        is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
            and Fed. R. App. P. 24**:
            __        is not submitted
            __        is missing affidavit
            X        is missing certified copy of prisoner's trust fund statement for the 6-month period
                     immediately preceding this filing
            __        is missing required financial information
            __        is missing an original signature by the prisoner

1

__    is not on proper form (must use the court's current form)

__    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   14    day of November, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2