# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01544-ZLW

JOSHUA E. WINGFIELD,

    Plaintiff,

v.

PATRICK J. SULLIVAN DETENTION FACILITY,
ARAPAHOE COUNTY DEPARTMENT FACILITY,
C/O BUREAU CHIEF SPENCE,
ARAPAHOE COUNTY SHERIFFS OFFICE, and
C/O SHERIFF GRAYSON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

The request to amend that Plaintiff submitted to and filed with the Court on December 13, 2007, is DENIED.

As Plaintiff previously was informed in the December 13, 2007, order denying his second motion to reconsider and in the September 26, 2007, minute order, this case was dismissed on September 5, 2007. Judgment was entered on the same day. Therefore, this case is closed. Other than to process, as necessary, Plaintiff's appeal, the Court will not address the content of Plaintiff's letters, and reminds Plaintiff that he has been directed to stop corresponding with the Court. The clerk of the Court is directed to strike any further correspondence Plaintiff submits to the Court in the future in this action.

Dated: December 17, 2007

Copies of this Minute Order mailed on December 17, 2007, to the following:

Joshua E. Wingfield
Prisoner No. 7222
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

                                      Secretary/Deputy Clerk